UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 22, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMANUEL NAVA,

    Defendant.

Case No. 2:24-mj-00008-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  EMMANUEL NAVA, Case No. 2:24-mj-00008-DB, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 50,000.00.

        __X__ Unsecured Appearance Bond $ 50,000.00.

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 22, 2024 at 2:15 p.m.

    By: _____
        Magistrate Judge Jeremy D. Peterson