PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE PEDRO NAVA and
EMMANUEL NAVA,

Defendants.

CASE NO. 2:24-cr-0054 DJC

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 853(a) – Criminal Forfeiture

INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine]

The Grand Jury charges: T H A T

JOSE PEDRO NAVA and
EMMANUEL NAVA,

defendants herein, beginning on an unknown date, but no later than on or about August 3, 2023, and continuing through on or about January 16, 2024, in San Joaquin County, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons both known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

INDICTMENT

1

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

    The Grand Jury further charges: T H A T

                  JOSE PEDRO NAVA and
                    EMMANUEL NAVA

defendants herein, on or about August 24, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

    The Grand Jury further charges: T H A T

                  JOSE PEDRO NAVA and
                    EMMANUEL NAVA

defendants herein, on or about October 26, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

    The Grand Jury further charges: T H A T

                  JOSE PEDRO NAVA and
                    EMMANUEL NAVA

defendants herein, on or about November 29, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

    The Grand Jury further charges: T H A T

                  JOSE PEDRO NAVA and
                    EMMANUEL NAVA

defendants herein, on or about January 16, 2024, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance

1 containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Five, defendants Jose Pedro Nava and Emmanuel Nava shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. Any real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Five of this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///
///
///
///
///

INDICTMENT   3

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek
2  forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT                                        4

No. 2:24-cr-0054 DJC

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

THE UNITED STATES OF AMERICA
vs.

JOSE PEDRO NAVA,
EMMANUEL NAVA

## I N D I C T M E N T

**VIOLATION(S):**   21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*   /s/ Signature on file w/AUSA

_____
Foreman.

*Filed in open court this* 14th

*of* March , A.D. 2024

/s/ Shelly Her

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No further process necessary as to both defendants.

GPO 863 525

2:24-cr-0054 DJC

## United States v. Jose Pedro Nava and Emmanuel Nava
### Penalties for Indictment

**Defendants**
**JOSE PEDRO NAVA**
**EMMANUEL NAVA**

**COUNT 1:**   **ALL DEFENDANTS**

VIOLATION:   21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to distribute over 500 grams of a mixture or substance containing cocaine

PENALTIES:   Mandatory minimum of 5 years in prison and up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 2-4:**   **ALL DEFENDANTS**

VIOLATION:   21 U.S.C. § 841(a)(1) – Distribution of cocaine

PENALTIES:   Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 5:**   **ALL DEFENDANTS**

VIOLATION:   21 U.S.C. § 841(a)(1) - Possession with intent to distribute over 500 grams cocaine

PENALTIES:   Mandatory minimum of 5 years in prison and up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**   **ALL DEFENDANTS**

VIOLATION:       21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:       As stated in the charging document