THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for Emmanuel Nava

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMMANUEL NAVA,<br><br>    Defendant. | Case No.: 2:24-cr-00054-DC-2<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: February 21, 2025<br>Time: 09:30 AM<br>Judge: Hon Judge Dena M. Coggins |

**STIPULATION**

1. By previous order, this matter was set for status conference regarding sentencing on February 21, 2025.

2. By this stipulation, the defendants now move to continue the status conference until April 18, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The facts around the case are still being discussed by the parties and the co-defendant's case is still pending.

    b) Both parties are conducting additional investigation that will impact their respective sentencing recommendations.

- 1 -

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  February 13, 2025                      MICHELE BECKWITH
                                               Acting United States Attorney

                                               /s/ Emily Sauvageau
                                               EMILY SAUVAGEAU
                                               Assistant U.S. Attorney


DATE:  February 13, 2025

                                               /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Emmanuel Nava

## **ORDER**

**IT IS HEREBY ORDERED** that the Status Conference regarding Sentencing scheduled for February 21, 2025, at 9:30 a.m. is VACATED and RESET for April 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **February 13, 2025**

Dena Coggins
United States District Judge