THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for Emmanuel Nava

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EMMANUEL NAVA,<br><br>  Defendant. | Case No.: 2:24-cr-00054-DC-2<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: April 18, 2025<br>Time: 9:30 AM<br>Judge: Hon Judge Dena M. Coggins |

## **STIPULATION**

1. By previous order, this matter was set for status conference regarding sentencing on April 18, 2025.

2. By this stipulation, the defendant now moves to continue the status conference until July 18, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are working on an amended factual basis as new information has developed over the past 60 days. In addition, counsel for the defendant begins a trial in late May that will consume the month of June 2025. It is People v. Alan Andrus Case No. P20CRF0225 in El Dorado County Superior Court.

STIPULATION AND ORDER                                      - 1 -

b) Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: April 14, 2025                                  MICHELE BECKWITH
                                                       Acting United States Attorney

                                                       /s/ Emily Sauvageau
                                                       EMILY SAUVAGEAU
                                                       Assistant U.S. Attorney

DATE: April 14, 2025

                                                       /s/ Thomas A. Johnson
                                                       THOMAS A. JOHNSON
                                                       Attorney for Emmanuel Nava

## ORDER

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, GRANTS the parties' stipulated request to continue. Accordingly, the Status Conference re: Sentencing scheduled for April 18, 2025, is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **April 14, 2025**

Dena Coggins
United States District Judge