THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

Attorney for Emmanuel Nava

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00054 DC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT NAVA'S JUDGMENT AND SENTENCING |
| EMMANUELL NAVA, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that the status date for the Judgment and Sentencing of Emmanuel Nava scheduled for July 18, 2025, at 9:00 a.m. is continued to August 22, 2025, at 9:00 a.m. in the same courtroom. The continuance is being requested because the defense counsel and government are still reviewing facts which will impact the defendant's offense level. We are not prepared to sentence.

**IT IS SO STIPULATED.**

DATE:  June 30, 2025                                    Law Office of Thomas A. Johnson


                                                         /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Emmanuel Nava

1

| | | |
|---|---|---|
| 1 | DATED:  June 30, 2025 | MICHELLE BECKWITH |
| 2 | | Acting United States Attorney |
| 3 | | /s/ ROBERT ABENDORTH |
| 4 | | ROBERT ABENDORTH |
| | | Assistant U.S. Attorney |

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, GRANTS the parties' stipulated request to continue. Accordingly, the Status Conference re: Sentencing scheduled for July 18, 2025, is VACATED and RESET for August 22, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:  **June 30, 2025**

Dena Coggins
United States District Judge

3