THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022
Attorney for Emmanuel Nava

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00054-DC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT NAVA's JUDGMENT AND SENTENCING |
| EMMANUEL NAVA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that status date for the Judgment and Sentencing of Emmanuel Nava scheduled for August 22, 2025, at 9:30 a.m. is continued to October 10, 2025, at 9:30 a.m. in the same courtroom. The continuance is being requested because the defense counsel and government are still reviewing facts which will impact the defendant's offense level. We are not prepared to sentence. Please see attached Exhibit A – Declaration of Counsel.

**IT IS SO STIPULATED.**

DATED:  August 14, 2025                    ERIC GRANT
                                           Acting United States Attorney

                                           /s/ ROBERT ABENDORTH
                                           ROBERT ABENDORTH
                                           Assistant U.S. Attorney

1

DATE:  August 14, 2025

                                    /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Emmanuel Nava

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The court, having received, read and considered the parties' Stipulation and Exhibit A, and good cause appearing therefrom, ADOPTS the parties' stipulation.  Accordingly, the Status Conference regarding Sentencing scheduled for August 22, 2025, is VACATED and RESET for October 10, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.


IT IS SO ORDERED.

Dated:   **August 14, 2025**                                                    _____

Dena Coggins
United States District Judge