THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANEUL NAVA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EMMANUEL NAVA,<br><br>  Defendant. | Case No.: 2:24-cr-00054-DC-2<br><br>STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING |

### **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing will be held on February 13, 2026, at 1:30pm in Courtroom 10. The Judgment and Sentencing hearing date has not been previously set. It has been continued for sentencing status without a firm date, and it has not been referred to the probation department. The PSR schedule is as follows:

Judgment and Sentencing date:            February 13, 2026

Reply or Statement                        February 5, 2026

/ / /

/ / /

STIPULATION AND ORDER        - 1 -

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 30, 2026 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 23, 2026 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 16, 2026 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | January 2, 2026 |

**IT IS SO STIPULATED.**

DATED: October 3, 2025                     ERIC GRANT
                                           Acting United States Attorney

                                           /s/ Robert Abendroth
                                           Robert Abendroth
                                           Assistant U.S. Attorney


DATE: October 3, 2025                      **LAW OFFICE OF THOMAS A. JOHNSON**

                                           /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Emmanuel Nava

STIPULATION AND ORDER            - 2 -

**ORDER**

The court, having received, read and considered the parties' stipulation filed on October 1, 2025, and good cause appearing therefrom, GRANTS the parties' request as to scheduling. Accordingly, the Sentencing Status Conference set for October 10, 2025, is VACATED and a Sentencing Hearing is SET for February 13, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that this matter is REFERRED to the U.S. Probation Office for preparation of a Presentence Report. The draft Report shall be disclosed to counsel no later than January 2, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than January 16, 2026; the final Report shall be submitted no later than January 23, 2026; Formal Objections or any Motion for Correction shall be submitted no later than January 30, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 5, 2026.

IT IS SO ORDERED.

Dated: __October 3, 2025__

_____
Dena Coggins
United States District Judge