THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANEUL NAVA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EMMANUEL NAVA, ) <br><br> Defendant. ) | Case No.: 2:24-cr-00054-DC-2 <br><br> STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING |

**STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for February 13, 2026, at 9:30am is continued to March 27, 2026, at 9:30am in Courtroom 10. The parties are requesting a continuance because the defense recently learned from the government of a change in facts to the "Factual Basis" to the plea agreement. The current prosecutor was made aware of the change by the prior prosecutor, who has since left the Department of Justice. As it stands now, the Factual Basis is inaccurate in one place. Through no fault of the parties, we learned this after the PSR was in final form. Therefore, the PSR schedule is amended as follows:

Judgment and Sentencing date:                    March 27, 2026

Reply or Statement                                         March 19, 2026

STIPULATION AND ORDER              - 1 -

Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:                                    March 13, 2026

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:                                    March 6, 2026

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                                    February 27, 2026

**IT IS SO STIPULATED.**

DATED:  January 29, 2026                    ERIC GRANT
                                            Acting United States Attorney

                                            /s/ Cameron Desmond
                                            CAMERON DESMOND
                                            Assistant U.S. Attorney

DATE:  January 29, 2026                    **LAW OFFICE OF THOMAS A. JOHNSON**

                                            /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Emmanuel Nava

## ORDER

IT IS HEREBY ORDERED as to Emmanuel Nava, the court, having received, read and considered the parties' stipulation filed on January 23, 2026 (Doc. No. 84), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for February 13, 2026, is VACATED and RESET for March 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: with the draft Report complete, the parties' informal objections shall be delivered to the Probation Officer no later than February 27, 2026; the final Report shall be submitted no later than March 6, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 13, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than March 19, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **January 29, 2026**                    _____

Dena Coggins
United States District Judge

STIPULATION AND ORDER              - 3 -