THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANEUL NAVA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

      vs.

EMMANUEL NAVA,

       Defendant.

Case No.: 2:24-cr-00054-DC-2

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

**STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for March 27, 2026 at 9:30am is continued to May 22, 2026, at 9:30am in Courtroom 10. The parties are requesting a continuance because they are not prepared for sentencing.

**IT IS SO STIPULATED.**

DATED:  March 19, 2026

                             ERIC GRANT
                             United States Attorney

                             /s/ Cameron Desmond
                             CAMERON DESMOND
                             Assistant U.S. Attorney

DATE: March 19, 2026

**LAW OFFICE OF THOMAS A. JOHNSON**

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Emmanuel Nava

STIPULATION AND ORDER           - 2 -

**ORDER**

IT IS HEREBY ORDERED as to Emmanuel Nava, the court, having received, read and considered the parties' stipulation filed on March 19, 2026 (Doc. No. 87), and the supporting documents submitted with the Notice of Request to Seal filed on March 19, 2026 (Doc. No. 88), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing.  Accordingly, the Sentencing Hearing scheduled for March 27, 2026, is VACATED and RESET for May 22, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_____
Dena Coggins
United States District Judge