THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANUEL NAVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMMANUEL NAVA,<br><br>Defendant. | Case No.: 2:24-cr-00054-DC-2<br><br>SEALING ORDER |

The court having received, read and considered Defendant Emmanuel Nava's Request to Seal and the Letter submitted with the Notice of Request to Seal filed on March 19, 2026 (Doc. No. 88), and good cause appearing therefrom, GRANTS the Defendant's request to seal. Accordingly, the Defendant's Request to Seal and the Letter regarding a continuance shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_____
Dena Coggins
United States District Judge

- 1 -