THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANEUL NAVA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

EMMANUEL NAVA,

      Defendant.

) Case No.: 2:24-cr-00054-DC-2
)
)
) STIPULATION AND ORDER FOR
) CONTINUANCE OF JUDGMENT AND
) SENTENCING
)
)
)
)
)
)
)

**STIPULATION**

    **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for May 22, 2026 at 9:30am is continued to June 10, 2026, at 9:30am in Courtroom 10. The parties are requesting a continuance because they are not prepared for sentencing.

**IT IS SO STIPULATED.**

DATED: May 20, 2026               ERIC GRANT
                                  United States Attorney

                                  /s/ Cameron Desmond
                                  CAMERON DESMOND
                                  Assistant U.S. Attorney

DATE:  May 20, 2026

**LAW OFFICE OF THOMAS A. JOHNSON**

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Emmanuel Nava

STIPULATION AND ORDER                - 2 -

**ORDER**

IT IS HEREBY ORDERED as to Emmanuel Nava, the court, having received, read and considered the parties' stipulation filed on May 19, 2026 (Doc. No. 95), and good cause appearing therefrom, APPROVES the parties' request as to scheduling. Accordingly, the Sentencing Hearing scheduled for May 22, 2026, is VACATED and RESET for June 10, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. All briefing shall be submitted no later than June 3, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **May 20, 2026**

Dena Coggins
United States District Judge