ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>EMMANUEL NAVA,<br><br>                         Defendant. | CASE NO.  2:24-CR-00054-DC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's two-page filing and Request to Seal shall be SEALED until further order of this Court.  It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the parties.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Government's two-page filing serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are

/ / /

/ / /

/ / /

ORDER SEALING DOCUMENTS

1

no additional alternatives to sealing the Government's two-page filing pursuant to U.S.S.G § 5K1.1 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

_____
Dena Coggins
United States District Judge

ORDER SEALING DOCUMENTS