THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for EMMANUEL NAVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00054-DC-2 |
| Plaintiff, | ORDER SEALING DOCUMENT |
| vs. | |
| EMMANUEL NAVA, | |
| Defendant. | |

The court has considered the Defendant's Request to Seal the Defendant's Sentencing Memorandum and Exhibits A-E. The court finds good cause for sealing these documents.

IT IS HEREBY ORDERED that the Sentencing Memorandum and Exhibits A-E filed on June 3, 2026 at Doc. No. 99 shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated:    **June 10, 2026**

_____
Dena Coggins
United States District Judge

- 1 -